# EDWARD D. WILFORD

Attorney at Law
20 Vesey Street - Suite 400
New York, New York 10007
(212) 528-2741 Fax (212) 964-2926

May 2, 2008
**VIA ECF &FIRST CLASS MAIL**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anthony Cary 08Cr. 269 (CM)*

Dear Judge McMahon:

      I am writing to the court to request an adjournment of the sentence of the status conference for the above referenced defendant, currently scheduled for Friday May 16, 2008. The reason for the request is that I am, in an effort to keep abreast of the ever evolving capital litigation information, going to be attending a training session in Kansas City, Missouri on May 15, 16, and 17.

      The government has no objection to an adjournment to the week of May 27, 2008 if, of course, that is amenable to the court's schedule. The government through its counsel has indicated that it joins in this request. Therefore it is respectfully requested that the defendant's request to adjourn the status conference be granted.

Respectfully submitted,

Edward D. Wilford

EDW/nes
cc: Julian Moore, Esq.