# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

December 26, 2019

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   United States v. Anthony Cary
      08 Cr. 269 (CM)

Dear Judge McMahon:

I write to respectfully request that the Court permit Mr. Anthony Cary to travel with his spouse, Nona Bishop, on a four day cruise. Mr. Cary's wife surprised him with a Carnival cruise for the holidays on Christmas day. Mr. Cary has been under the Court's supervision for over three years. He has previously travelled domestically without issue with the permission of the Probation Department. He now seeks permission to participate in a 4 day cruise, from Monday, December 30 to Friday, January 30, 2020. **Exhibit A**. This cruise will include travel to Miami, FL, Key West, FL, and Cozumel, Mexico. Had Mr. Cary been aware of his wife's plan to surprise him with a cruise, he would have requested permission in advance. Mr. Cary's probation officer, Vondra Jackson, has already approved his travel to Miami, FL. However, because the travel involves an international stop and travel on international waters, his probation officer is not authorized to give permission at this time for the remainder of the cruise without the Court's approval. Ms. Jackson does not, however, object to Mr. Cary going on the cruise as scheduled.

Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

12/30/19

SO ORDERED:

*[signature]*

**HONORABLE COLLEEN MCMAHON**
**United States District Judge**

cc:  Probation Officer Zondra Jackson (by Email)